UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:19-cr-00122-MPS |
| | : | |
| v. | : | |
| | | |
| DAVID BOURNE | : | March 1, 2020 |

STATEMENT OF COUNSEL REGARDING MOTION TO CONTINUE SENTENCING

Undersigned counsel moved for a continuance in the above matter after being called in to trial in *State of Connecticut v. Lonnie Mebane*, FBT -CR17-0299502-T.  The Mebane trial will commence tomorrow morning, March 2, 2020.

In support of the motion to continue the Bourne sentencing, undersigned counsel represents as follows:

1. I spent four hours today with Mr. Mebane at Walker Correctional Institution reviewing the evidence and discussing Mr. Mebane's decision to go to trial.  Today was the first time I was able to see Mr. Mebane since his case was called in to trial.

2.  Mr. Mebane is fifty-six years old and faces spending the rest of his life in prison if convicted of murder, the minimum sentence being twenty-five years and the maximum sixty years.

3. Mr. Mebane's only offer in the case, if accepted,  would result in him being incarcerated for several decades, a sentence he would be unlikely to survive.

 3. I have tried over one hundred serious felony cases to verdict, with over thirty of them being murder cases.  Based on that experience, I  believe Mr, Mebane has a good chance of being found not guilty, and  I have conveyed that opinion to him.

4. In light of the penalty he faces and the fact that he has a strong defense, I see no possibility of the case being resolved short of trial.

Respectfully submitted,

_____/s/ Miles Gerety_____
Miles Gerety
Attorney for David Bourne
Federal Bar No. ct 29380
P.O.Box 38
Redding Ridge, CT 06876
(203) 241-8984

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date hereof, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____/s/ Miles Gerety_____
Miles Gerety